Take this money and pay all of the money on my filing fee. Thank you

RECEIVED
2013 JAN -4 A 11: 20
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Willie Swain this place would not send the money order to you so I would like a little more time to make a payment plan from home

I cannot make them do it

## INMATE REQUEST SLIP

Name: Willie Swain   Quarters: H-23A   Date: 1-2-13

AIS #: 168890

( ) Telephone Call   ( ) Custody Change   ( ) Personal Problem
( ) Special Visit    ( ) Time Sheet      (✓) Other _____

Briefly Outline Your Request - Then Drop In Mail Box

Clerk send my money Back to this place on the mail mail

M.O.# - 7828
Amt - $75.00
Date - 12-19-12
Initial - RSP       Thank You

Do Not Write Below This Line - **For Reply Only**

Your money order needs to be returned to original sender. ~~because~~

L. Harris
01-02-13

Approved    Denied    Pay Phone    Collect Call

Request Directed To: (Check One)

( ) Warden                    ( ) Deputy Warden              ( ) Captain
( ) Classification Supervisor ( ) Legal Officer - Notary Public ( ) Record Office

N176

B.C.C.F. #168890
Willie Swain #H7-23A
P.O. Box 5107
Union Spring Ala. 36089-5107

Return to the Business Official

MONTGOMERY AL
03 JAN 2013 PM 2 L

Office of the Clerk
United States District Court
P.O. Box 711
Montgomery, Alabama 36101-0711

Official Business