IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **WILLIE SWAIN #168890** | ) | |
| | ) | |
|  Plaintiff, | ) | |
| | ) | **2:12-CV-1068-MHT** |
| v. | ) | |
| | ) | |
| **OFFICER MASON et al,** | ) | |
| | ) | |
|  Defendants. | ) | |

**CONFLICT DISCLOSURE STATEMENT**

  **COMES NOW** Mary E. Bethune, LPN, a defendant in the above-styled matter, and in accordance with the Order of this Court and makes the following disclosures concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under Rule 7.1 of the Federal Rules of Civil Procedure:

1.  This Party is an individual.

           Respectfully Submitted,

           This the 7th day of June, 2013.

           */s M. Jansen Voss*
           William A. Scott, Jr.(SCO007)
           M. Jansen Voss(VOS001)
           Attorney for MHM Services Inc.

**OF COUNSEL:**
**SCOTT, SULLIVAN, STREETMAN & FOX, P.C.**
2450 Valleydale Road
Birmingham, Alabama 35244-2015
(205) 967-9675
(205)968-7563 fax
wscott@sssandf.com
voss@sssandf.com

**CERTIFICATE OF SERVICE**

 I hereby certify that I have this 7<u>th</u> day of <u>June</u>, 2013, served a copy of the foregoing upon counsel for all parties via electronic filing or by placing same in the United States Mail, properly addressed and first-class postage prepaid to:

Willie Swain
AIS 168890
ADOC BULLOCK
Bullock Correctional Facility
P O Box 5107
Union Springs, AL 36089-5107

         */s M. Jansen Voss*
         **OF COUNSEL**