IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| **WILLIE SWAIN,**              ) | |
| ) | |
|     Plaintiff,                    ) | |
| ) | CIVIL ACTION NO. |
| v.                                          ) | 2:12cv1068-MHT |
| ) | (WO) |
| **DR. BETHUNE, et al.,**   ) | |
| ) | |
|     Defendants.             ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit complaining about the adequacy of the mental-health treatment provided to him. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that plaintiff's case be dismissed without prejudice because plaintiff has abanoned his claims and has not complied with the directive of this court. There are no objections to the recommendation. After an independent and de novo review of the record, the court concludes that the magistrate judge's recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 19th day of December, 2013.


                        /s/ Myron H. Thompson
                     UNITED STATES DISTRICT JUDGE